

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2024

No. 04-24-00006-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND
LETICIA R. BENAVIDES**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2011PB6000081L2-A
Honorable Hugo Martinez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order appellant to pay the costs of this appeal.

It is so **ORDERED** on May 1, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk